IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| DANA M. VANYA, | § |
|     *Plaintiff*, | § § § |
| v. | § § Civil Action No. 9:13-cv-85 |
| CITY OF CORRIGAN, | § § |
|     *Defendant*. | § § § § |

# FINAL JUDGMENT

This Final Judgment is entered pursuant to Fed. R. Civ. P. 58 and the court's Order Adopting Magistrate Judge's Report and Recommendation, entered contemporaneously with this Order.

IT IS ORDERED that Plaintiff Dana M. Vanya shall TAKE NOTHING of and from her claims against Defendant, the City of Corrigan. All relief not specifically granted herein is DENIED. This case is CLOSED and this constitutes a final judgment for appeal purposes.

So **ORDERED** and **SIGNED** this **9** day of **June, 2014.**

_____
Ron Clark, United States District Judge